United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  DANIEL WYLIE,                          No  C  02-2997  VRW
12              Plaintiff,                 ORDER
13
14              v
15  AMERICAN AIRLINES INC, et al,
16              Defendants.
                                        /
17
18
19      Pursuant to PRCP 15(a), plaintiff Daniel Wylie seeks
20  leave to file a fifth amended complaint in order to name additional
21  defendants.  Doc #96.  Defendant American Airlines Inc has filed a
22  statement of non-opposition.  Doc #100.  Defendant The Boeing Co
23  does not oppose so long as plaintiff "describe[s] each and every
24  change being made" in the amended pleading.  Doc #99 at 2.
25  Plaintiff has provided a legal blackline version of the proposed
26  amended pleading, which presumably satisfies Boeing's request.  Doc
27  #101-2.
28  //

Accordingly, plaintiff's motion is GRANTED. Plaintiff shall file an amended pleading, if at all, within ten days of the filing of this order.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge