STEPHEN C. KENNEY (SBN 53883)
SAMANTHA D. HILTON (SBN 215585)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:   (415) 397-3100
Facsimile:    (415) 397-3170
skenney@kennmark.com
shilton@kennmark.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION - ECF PROGRAM

| | |
|---|---|
| DANIEL WYLIE,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., and THE BOEING COMPANY,<br><br>    Defendants. | CASE NO. C 02 2997 VRW<br><br>**STIPULATION AND ORDER THAT PENDING MOTION FOR SUMMARY JUDGMENT IS APPLICABLE TO FIFTH AMENDED COMPLAINT** |

   This Stipulation is entered into by and between Plaintiff, Daniel Wylie by and through his counsel of record, O'Reilly & Danko, and Defendant, American Airlines, Inc., by and through its counsel of record, Kenney & Markowitz, L.L.P. The parties stipulate as follows:

   1.   Plaintiff's Fifth Amended Complaint, filed on April 4, 2006, asserts a claim for personal injury against American Airlines, Inc. arising under the provisions for the Convention for the Unification of Certain Rules Relating to International Carriage, 49 U.S.C. §1502, et seq. (the "Warsaw Convention").

   2.   This action was transferred to MDL Docket 04-1606 VRW for pretrial coordination and consolidation pursuant to a Transfer Order entered by the Judicial Panel on Multidistrict

{30076.301620 0122096.DOC}                            -1-
STIPULATION AND ORDER THAT PENDING MOTION FOR SUMMARY JUDGMENT IS APPLICABLE TO
FIFTH AMENDED COMPLAINT; C 02 2997 VRW

Litigation on June 25, 2004. *See* MDL Docket 04-1606 VRW, Document 1.

3.  Many of the actions consolidated in MDL Docket 04-1606 VRW are based upon allegations that the Airline Defendant in each case failed to warn Plaintiff about deep vein thrombosis ("DVT"), and that this alleged failure to warn is an "accident" under Article 17 of the Warsaw Convention (the "Warsaw Actions").

4.  On June 21, 2005, this Court granted the Airline Defendants' request to file motions for summary judgment in the Warsaw Actions on the issue of whether a failure to warn of DVT can constitute an "accident" under Article 17 of the Warsaw Convention. *See* MDL Docket 04-1606 VRW, Document 214.

5.  On September 30, 2005, the Airline Defendants filed their motions for summary judgment on the issue of whether a failure to warn can constitute an accident under Article 17 of the Warsaw Convention. *See* MDL Docket 04-1606 VRW, Documents 282, 283, 284, 286, 287. The motions were heard on December 8, 2005 and the Court's decision is pending.

6.  On March 29, 2006, the Court granted Plaintiff's motion to for leave to file a Fifth Amended Complaint to name an additional defendant. *See* Docket 02-2997 VRW, Document 108. Plaintiff filed his Fifth Amended Complaint on April 4, 2006. *See* MDL Docket 04-1606 VRW, Document 441.

7.  The parties stipulate that as to Defendant, American Airlines, Inc., the claims and allegations in the Fifth Amended Complaint, which are the subject of the Airline Defendants' motions for summary judgment in the Warsaw Actions, are identical to those in Daniel Wylie's previous complaint.

///
///
///
///
///
///
///
///

8. The parties in the instant action stipulate that American's pending motion for summary judgment in the Warsaw Actions is applicable to Plaintiff's Fifth Amended Complaint in this action. The parties agree that this Stipulation does not limit or waive any appellate rights either party possesses.

DATED: April __, 2006

**O'REILLY & DANKO**

By: _____
MICHAEL S. DANKO
STEPHEN J. PURTILL
Attorneys for Plaintiff
DANIEL WYLIE

DATED: April 7, 2006

**KENNEY & MARKOWITZ L.L.P.**

By:_____
STEPHEN C. KENNEY
SAMANTHA D. HILTON
Attorneys for Defendant
AMERICAN AIRLINES, INC.

### [~~PROPOSED~~] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
VAUGHN R. WALKER
CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT

{30076.301620 0122096.DOC}  -3-
STIPULATION AND ORDER THAT PENDING MOTION FOR SUMMARY JUDGMENT IS APPLICABLE TO FIFTH AMENDED COMPLAINT; C 02 2997 VRW

8. The parties in the instant action stipulate that American's pending motion for summary judgment in the Warsaw Actions is applicable to Plaintiff's Fifth Amended Complaint in this action. The parties agree that this Stipulation does not limit or waive any appellate rights either party possesses.

DATED: April __, 2006

**O'REILLY & DANKO**

By:_____
MICHAEL S. DANKO
STEPHEN J. PURTILL
Attorneys for Plaintiff
DANIEL WYLIE

DATED: April 24, 2006

**KENNEY & MARKOWITZ L.L.P.**

By:_____
STEPHEN C. KENNEY
SAMANTHA D. HILTON
Attorneys for Defendant
AMERICAN AIRLINES, INC.

**[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: _April 25, 2006_

_____
CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT

*[Stamp: IT IS SO ORDERED / Judge Vaughn R Walker / United States District Court, Northern District of California]*

*Kenney & Markowitz L.L.P.*