IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No 04-1606 VRW |
| | ORDER TO SHOW CAUSE |

**This Document Relates To:**

**02-2997**
_____/

On March 29, 2006, the court granted plaintiff Daniel Wylie's motion for leave to file a fifth amended complaint in order to name as additional defendants Weber Aircraft LP and Recaro Aircraft Seating. Doc #108. Wylie filed his fifth amended complaint on April 6, 2006. Doc #109. More than 120 days have passed since Wylie filed his fifth amended complaint, yet the record bears no indication that Weber or Recaro were served with the summons and complaint. See FRCP 4(m).

//
//
//
//
//

1           Wylie is ORDERED TO SHOW CAUSE why the fifth amended
2   complaint should not be dismissed as to defendants Weber Aircraft
3   LP and Recaro Aircraft Seating.  Wylie's response shall be filed on
4   or before August 28, 2006, and shall not exceed five pages.

6           SO ORDERED.

                                              */s/ Vaughn R Walker*

9                                           VAUGHN R WALKER
10                                          United States District Chief Judge

United States District Court
For the Northern District of California